UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Tonya Brown

Defendant(s).
-------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE

20-CR-444 ( )( )

Defendant __Tonya Brown__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_  Initial Appearance Before a Judicial Officer

_X_  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Bail/Detention Hearing

___  Conference Before a Judicial Officer

/s/ Tonya Brown by JCM with permission
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

___Tonya Brown___
Print Defendant's Name

_____
Defendant's Counsel's Signature

___Francis O'Reilly___
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

9-11-2020
_____
Date

___Judith C. McCarthy___
U.S. ~~District Judge~~/U.S. Magistrate Judge