```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
                                                               :
UNITED STATES OF AMERICA                                       :
                                                               : 20 CR 444-4
        -against-                                              : ORDER
                                                               :
TONYA BROWN                                                    :
                                                               :
        Defendant                                              :
--------------------------------------------------------------X
```

VINCENT L. BRICCETTI, United States District Court Judge:

ORDERED that the defendant's bail condition of curfew enforced by location monitoring be removed.

Dated: White Plains, New York
       March 18 2021

SO ORDERED

/s/ Vincent L. Briccetti
HONORABLE VINCENT L. BRICCETTI
United States District Court Judge